JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 4620

-----------------------------------------------------------x
PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY,

            Plaintiff,

-vs.-

EDDY HOFFMAN A/K/A ISAAC
HOFFMAN,

            Defendants.
-----------------------------------------------------------x

Civil Action No.:

**PLAINTIFF'S RULE 7.1 STATEMENT**

MAY 3 1 2007

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for the Plaintiff certify that annexed hereto as **Exhibit 1** is a schedule showing Plaintiff's corporate parents, subsidiaries or affiliates that are publicly held.

Dated: May 31, 2007

                                            WHITE AND WILLIAMS LLP

                                            BY: _____
                                            Robert Wright (RW-0971)
                                            One Penn Plaza
                                            Thirty-Fifth Floor, Suite 3508
                                            New York, New York 10119
                                            Phone: 212-244-9500
                                            *Attorneys for Plaintiff,*
                                            *The Provident Life and Casualty*
                                            *Insurance Company*

NYCDMS 22137v.1

**EXHIBIT 1**

Date of last activity: March 1, 2007

# Unum Group (DE)

- First Unum Life Insurance Company (NY)
- Unum International Underwriters, Inc. (DE)
- Unum Life Insurance Company of America (ME)
- Duncanson & Holt, Inc. (NY)
- Unum European Holding Company Limited (England) [3]
  - Duncanson & Holt Services, Inc. (ME)
  - Duncanson & Holt Canada Ltd. (Canada)
  - Unum Limited (England) [4]
    - Duncanson & Holt Asia PTE Ltd. (Singapore)
    - Duncanson & Holt Europe Ltd. (England)
    - Duncanson & Holt Syndicate Management Ltd. (England)
    - Trafalgar Underwriting Agencies Ltd. (England)
  - Claims Services International Limited (England) [1]
    - TRI-CAN Reinsurance Inc. (Canada)
    - Duncanson & Holt Underwriters Ltd. (England)
  - Group Risk Insurance Services Limited (England)
- UnumProvident Finance Company (England) [5]
- Colonial Companies, Inc. (DE)
  - Colonial Life & Accident Insurance Company (SC)
  - BenefitAmerica, Inc. (SC)
- UnumProvident International Ltd. (Bermuda)
- Tailwind Holdings, LLC (DE)
  - Tailwind Reinsurance Company (SC)
- The Paul Revere Corporation (MA)
  - The Paul Revere Life Insurance Company (MA)
  - The Paul Revere Variable Annuity Insurance Company (MA)
- Provident Life and Accident Insurance Company (TN) [2]
- Provident Life and Casualty Insurance Company (TN)
- Provident Investment Management, LLC (TN)

Percentage of ownership is 100% unless otherwise indicated.

[1] 50% owned by Unum European Holding Company Limited and 50% owned by Unum Limited.
[2] 85.9% owned by UnumProvident Corporation; 10.1% owned by The Paul Revere Life Insurance Company and 4.0% owned by Unum Life Insurance Company of America.
[3] 80% owned by UnumProvident Corporation and 20% owned by UnumProvident Finance Company.
[4] 72% owned by Unum European Holding Company Limited and 28% owned by UnumProvident Finance Company.
[5] 99% owned by UnumProvident Corporation; 1% owned by Provident Investment Management, LLC

**NOTES**
Unum Japan Accident Insurance Company Limited sold all of its stock to Hitachi Capital Corporation on 01/15/2004.
Duncanson & Holt Agencies Limited was dissolved on 05/25/2004.
Options & Choices, Inc. became a wholly-owned subsidiary of GENEX Services, Inc. on 11/17/2004.
SP Administrator, LLC was dissolved on 11/24/2004.
Claims Service International, Inc. was dissolved on 11/24/2004.
Unum Development Corporation was dissolved on 12/01/2004.
Provident Insurance Agency, LLC was dissolved on 12/02/2004.
Unum Holding Company merged into UnumProvident Corporation on 12/22/2004.
Independent Review Services, Inc. was purchased by GENEX Services, Inc. on 08/31/2005.
LRG Services Limited was dissolved on 01/10/2006.
Tailwind Holdings, LLC was formed on 06/21/2006.
Tailwind Reinsurance Company was incorporated on 06/20/2006.
UnumProvident Corporation changed its name to Unum Group on 02/27/2007.
Genex Services, Inc. and all subsidiaries were sold effective 03/01/2007.