# AMERICAN CLERICAL SERVICE

*a division of Empire Lawyers Service, LLC*

130 William Street, New York, NY 10038

**Tel: (212) 233-4040    Fax: (212) 732-4327**

email: mail@americanclerical.com

*"going to court for busy lawyers since 1940"*

WHITE & WILLIAMS, LLP

1 PENN PLAZA SUITE 1801

| NEW YORK | | NY | 10119 |
|---|---|---|---|
| | Tel: (212) 244-9500 | Fax: | (212) 244-6200 |

Report for **Tuesday, June 12, 2007**

## US District Court/SDNY

PROVIDENT LIFE & CASUALTY INSURANCE COMPANY / HOFFMAN (INDEX#004620/2007CV)

SERVED A COPY OF THE SUMMONS & COMPLAINT FOR DECLARATORY JUDGMENT ON 6/12/07 ON EDDY ISAAC HOFFMAN. ORIGINAL AFFIDAVIT OF SERVICE HEREWITH.

*********************************************************************************************************

CIVIL KINGS - Effective June 1, 2007. As per NYCCCA 401 (b), the summons shall contain plaintiff's address and, if the summons is issued by the plaintiff's attorney, shall contain the office address of the attorney. Defendant's address must also appear on the summons. Any summons not meeting the above requirement will be rejected by the clerk.

*********************************************************************************************************

SUPREME KINGS CCP MOTIONS - Any request for a second adjournment, your stipulation must include a statement when opposition and reply papers will be submitted or include a paragraph in the stipulation for the court to fill out.

*********************************************************************************************************

# *AFFIDAVIT OF SERVICE*

**UNITED STATES DISTRICT COURT**                 **INDEX# 07 CV 4620**
**SOUTHERN DISTRICT OF NEW YORK**

---

PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY,
                               *Plaintiff,*

   *-against-*

EDDY HOFFMAN A/K/A ISAAC HOFFMAN,

                              *Defendant,*

---

State of New York)
County of New York)    ss.:

**Roberto Reyes**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York County in the State of New York.

On **June 4th, 2007 at 2:30pm; June 6th, 2007 at 12:23pm; June 7th, 2007 at 2:00pm; and lastly on June 8th, 2007 at 11:38am;** I personally attempted to personally serve a true copy **Summons in a Civil Case and a Complaint for Declaratory Judgment** with due diligence to find the recipient at the address named and described below;

As per attorney's request on **June 12th, 2007** I personally served via **First Class Mail** a true copy of a **Summons in a Civil Case and a Complaint for Declaratory Judgment.**

**MAILING:** Deponent enclosed copy of same in postpaid wrapper properly addressed to **Eddy Isaac Hoffman** actual place of residence at **444 E. 86th Street, Apt. # 34G; New York, New York 10028 and** deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on **June 12, 2007 by First Class Mail** in an envelope marked **Personal & Confidential.**

Sworn to me on **Tuesday, June 12, 2007**

_____

LISETTE REYES
Commissioner of Deeds
City of New York - No. 4-6822
Certificate Filed in Queens County
Commission Expires _____ 20___

**Process Server Signature**

*1001570*
_____
**License Number**