UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY,

                    Plaintiff,

- against -

EDDY HOFFMAN A/K/A ISAAC
HOFFMAN,

                    Defendants.
----------------------------------------------------------X

Civil Action No.: 07 CV 4620
             (LAP) (AJP)

**Rule 7.1 Statement**

(Electronically Filed)

      Defendant Eddy Hoffman, by his attorneys, Pedowitz & Meister, LLP, states that he is an individual and that he has no parent corporation or and that he is not owned by a publicly held corporation.

Dated:     New York, New York
             July 9, 2007

ARNOLD H. PEDOWITZ (AP-1382)
Pedowitz & Meister, LLP
Attorneys for Defendant
1501 Broadway, Suite 800
New York, NY 10036
(212) 403-7321