# White and Williams LLP

*One Penn Plaza*
*18th Floor, Suite 1801*
*New York, NY 10119*
*Phone 212.244.9500*
*Fax. 212.244.6200*

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 7/27/07

*Robert Wright*
*Direct Dial 212.631.4410*
*Direct Fax. 212.631.4422*
*wrightr@whiteandwilliams.com*

July 26, 2007

Via Facsimile – 212-805-7941

Honorable Loretta Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

    RE:    Provident Life and Casualty Insurance Co. v. Hoffman
             Civil Action No.: 07cv4620
             Our file No. 0016931/K0155

Dear Judge Preska:

    It has come to our attention that we inadvertently filed our Complaint in the above referenced case to include private identifying information of the defendant, Eddy Hoffman a/k/a Isaac Hoffman. Therefore, we would like to request that the Complaint and its accompanying exhibits be sealed by this Court. We have already had ECF put a temporary lock on the online-filed version of the Complaint, pending your seal it will become permanent.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 26, 2007

Very truly yours,

WHITE AND WILLIAMS LLP

By: *[signature]*
Robert Wright

RW:rjw

cc: Arnold H. Pedowitz, Esq. (via fascimile - 212-354-6614)

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

NYCDMS 23993v.1