## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY,

        Plaintiff,

        -vs.-

EDDY HOFFMAN A/K/A ISAAC
HOFFMAN,

        Defendants.

------------------------------------------------------x

**Civil Action No.: 07-CV-4620 (LAP)**

**AMENDED SCHEDULING ORDER**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/16/08

On behalf of both parties, on April 28, 2008, an Amended Scheduling Order was presented to the Court for approval.

The following Amended Scheduling Order was adopted by the Court:

1.    All amendments to the pleadings shall be filed by November 1, 2007;

2.    All fact discovery is to be completed no later than ~~July~~ *September* 30, 2008; ~~expert discovery is to be completed by March 31, 2009,~~

3.    The Parties are reminded that a pre-motion conference is required under the Court's Individual Rules and Practices. A party proposing a motion shall, at the earliest opportunity but in any event no later than ~~July 30, 2008~~ *August 31* write to the Court summarizing the motion proposed and the basis therefore and, in the case of a summary judgment motion, enclose a statement pursuant to Local Rule 56.1. A copy of the letter should be served on all parties. Any party opposing the motion shall, within one week of the letter proposing the motion, write to the Court summarizing the basis for the opposition and, in the case of a summary judgment motion, enclose a response to the 56.1 statement.

4.    A proposed joint consolidated pretrial order is to be filed by ~~September 16~~ *October 31,* 2008. No extensions of this date will be granted. At the same time, the parties shall also send to chambers a courtesy copy of the joint pretrial order, together with one copy of all proposed exhibits, a memorandum of law (if a bench trial), and proposed voir dire questions and requests to charge (if 'a jury trial). Each charge shall specify the authority for the proposed charge. The parties each shall submit a 3.5" floppy disk containing the requests to charge and voir dire questions in a Wordperfect 8.0 format.

5.    The ~~next~~ *final* pre-trial conference is scheduled for ~~March 4, 2009 at 9:00am.~~ *November 17, 2008 at 9:30 G.M.*

6.    *Trial will commence on December 1, 2008 at 10:00 a.m.*

7.    *Counsel shall confer and inform the Court by letter no later than October 1, 2008 of the status of the action.*

Counsel for all parties shall confer to make a good faith effort to resolve all discovery disputes before requesting a pre-motion conference.

The aforesaid schedule is final and binding upon the parties.

**SO ORDERED**:

Dated: New York, New York

May 14, 2008

_____
Hon. Loretta A. Preska, U.S.D.J.